**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION**

RICHARD L. HUSKEY                                                                                    PLAINTIFF

v.                                             No. 4:15CV00182 JLH-JJV

CAROLYN W. COLVIN, Acting Commissioner,
SOCIAL SECURITY ADMINISTRATION                                                   DEFENDANT

## ORDER

On February 18, 2016, United States Magistrate Judge Joe J. Volpe submitted proposed findings and recommended disposition in which he recommended that the decision of the Commissioner of the Social Security Administration to deny benefits to Richard L. Huskey be affirmed. No objections have been filed. The proposed findings and recommended disposition is therefore adopted as the findings and disposition of this Court. The decision of the Commissioner of the Social Security Administration to deny benefits to Richard L. Huskey is affirmed. The complaint of Richard L. Huskey is dismissed with prejudice.

IT IS SO ORDERED this 4th day of April, 2016.

_____
J. LEON HOLMES
UNITED STATES DISTRICT JUDGE